# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE: DARIUS D BOYD ) Case No. 25 B 03730
     AUTUMN L CHEATHAM-BOYD )
      ) Chapter 13
   Debtor(s) )
      ) Judge: TIMOTHY A BARNES

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for April 24, 2025 10:30 am, for the following:

> The plan fails to address the following secured claim(s) as required by 11 U.S.C. §§ 1325(a)(1) and/or 1325(a)(5): Court's Claim #1-1 U.S. Department of Housing and Urban Development.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: April 09, 2025

/s/ Thomas H. Hooper
Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe., Suite 3850
Chicago, IL 60603
(312) 294-5900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: DARIUS D BOYD | ) | Case No. 25 B 03730 |
| AUTUMN L CHEATHAM-BOYD | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

## CERTIFICATE OF SERVICE

I, Besira Nikolla, a non-attorney, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID M SIEGEL  (via CM/ECF)
*Attorney for Debtor*

Adam G. Brief  (via CM/ECF)
Acting United States Trustee

DARIUS D BOYD  (via First Class Mail)
AUTUMN L CHEATHAM-BOYD
2272 EASTWOOD DR
LYNWOOD, IL 60411
*debtors*

Dated: April 09, 2025                    /s/ Besira Nikolla

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900